# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T. | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>05/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge,Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>221 West Broadway<br>San Diego, California 92101 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees- Corporate Secretary | Thomas Jefferson School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | California State Teachers Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Quicken Home Loans | Mortgage | M |
| 2. | Bank of America | Revolving Credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 4 Salton City, Ca | | None | J | W | | | | | |
| 2. Parcel 5 San Diego, CA | E | Rent | O | W | | | | | |
| 3. Note (X)- Steve and Anna Seibert | E | Interest | M | T | | | | | |
| 4. Northern Life Annuity/ING now VOYA TSA group1 | B | Interest | L | T | | | | | |
| 5. SCOTTRADE Brokerage Account 1 (H) 4 | | | | | | | | | |
| 6. Sweep Account - TD Bank | B | Interest | L | T | | | | | |
| 7. At&t (T) | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 8. | | | | | Sold | 06/21/17 | K | B | |
| 9. Annaly Capital- NLY | B | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 10. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 11. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 12. Apple Common Stock- AAPL | A | Dividend | L | T | Buy (add'l) | 02/16/17 | J | | |
| 13. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 14. | | | | | Buy (add'l) | 05/24/17 | K | | |
| 15. | | | | | Buy (add'l) | 06/28/17 | L | | |
| 16. | | | | | Sold (part) | 07/19/17 | L | D | |
| 17. | | | | | Sold (part) | 09/13/17 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 09/21/17 | L | | |
| 19. | | | | | Buy (add'l) | 10/17/17 | K | | |
| 20. | | | | | Sold | 10/30/17 | L | D | |
| 21. | | | | | Buy | 11/15/17 | L | | |
| 22. CVS Health Corporation common stock CVS | | None | K | T | Buy | 10/27/17 | J | | |
| 23. Qwest Corp Preferential Rate- preferred stock-cty | A | Dividend | K | T | | | | | |
| 24. Facebook Inc. CLA common stock FB | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 25. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 26. | | | | | Sold | 05/23/17 | K | D | |
| 27. | | | | | Buy | 06/07/17 | K | | |
| 28. | | | | | Buy (add'l) | 06/12/17 | K | | |
| 29. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 30. | | | | | Buy (add'l) | 08/03/17 | K | | |
| 31. | | | | | Sold | 09/13/17 | M | D | |
| 32. | | | | | Buy | 09/26/17 | L | | |
| 33. | | | | | Sold | 10/30/17 | L | D | |
| 34. | | | | | Buy | 11/02/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/18/17 | L | A | |
| 36. Wal mart Inc. common stock WMT | | None | J | T | Buy | 11/27/17 | J | | |
| 37. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 38. International Business Machines common stock IBM | A | Dividend | L | T | Buy | 11/01/17 | L | | |
| 39. Google Inc CLC--common stock GOOGname change Alphabet Inc | A | Dividend | | | Sold | 02/02/17 | K | D | |
| 40. Qualcom Inc. common stock QCOM | A | Dividend | | | Sold | 10/04/17 | J | A | |
| 41. Dow Chemical common stock DOW | A | Dividend | | | Sold | 10/04/17 | J | A | |
| 42. Automatic Data Processing- common -ADP | A | Dividend | | | Buy (add'l) | 01/20/17 | J | | |
| 43. | | | | | Sold | 02/17/17 | J | | |
| 44. Old Republic International Corporation - common - ORI | A | Dividend | | | Buy (add'l) | 02/21/17 | J | | |
| 45. | | | | | Sold | 04/19/17 | J | | |
| 46. Bank of America- common BAC | A | Dividend | K | T | Buy (add'l) | 01/05/17 | J | | |
| 47. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 48. | | | | | Sold | 02/02/17 | J | | |
| 49. | | | | | Buy | 02/16/17 | J | | |
| 50. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 51. | | | | | Buy (add'l) | 10/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 53. Alibaba Group Holding LTD-common-BABA | None | | L | T | Buy (add'l) | 11/13/17 | K | | |
| 54. | | | | | Buy (add'l) | 12/20/17 | K | | |
| 55. Dixerion Mining-common stock NUGT | None | | | | Buy | 02/01/17 | J | | |
| 56. | | | | | Sold | 02/13/17 | J | A | |
| 57. | | | | | Buy | 02/24/17 | K | | |
| 58. | | | | | Sold (part) | 05/02/17 | J | | |
| 59. | | | | | Buy | 05/03/17 | K | | |
| 60. | | | | | Sold (part) | 05/04/17 | J | | |
| 61. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 62. | | | | | Buy (add'l) | 05/23/17 | K | | |
| 63. | | | | | Sold (part) | 05/23/17 | J | A | |
| 64. | | | | | Sold | 06/07/17 | K | B | |
| 65. | | | | | Buy | 06/09/17 | K | | |
| 66. | | | | | Sold | 06/14/17 | K | A | |
| 67. | | | | | Buy | 06/14/17 | J | | |
| 68. | | | | | Buy (add'l) | 06/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/23/17 | J | A | |
| 70. | | | | | Buy | 07/24/17 | K | | |
| 71. | | | | | Buy (add'l) | 07/25/17 | K | | |
| 72. | | | | | Sold | 07/27/17 | K | B | |
| 73. | | | | | Buy | 08/04/17 | J | | |
| 74. | | | | | Sold | 08/11/17 | J | A | |
| 75. | | | | | Buy | 10/13/17 | K | | |
| 76. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 77. | | | | | Sold | 10/26/17 | K | | |
| 78. | | | | | Buy | 10/27/17 | J | | |
| 79. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 80. | | | | | Sold | 12/27/17 | K | B | |
| 81. Health Insurance Innovations common stock HIIQ | | None | | | Buy | 10/13/17 | J | | |
| 82. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 83. | | | | | Sold | 10/24/17 | J | A | |
| 84. NVIDIA Corporation common stock NVDA | A | Dividend | | | Buy | 11/16/17 | J | | |
| 85. | | | | | Sold | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Gold SPDR-GLD | | None | | | Buy | 01/10/17 | J | | |
| 87. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 88. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 89. | | | | | Sold | 07/07/17 | K | | |
| 90. Cisco Systems common stock CSCO | A | Dividend | | | Buy | 01/04/17 | J | | |
| 91. | | | | | Sold | 02/02/17 | J | A | |
| 92. Monsanto Corp common stock MON | A | Dividend | | | Buy | 02/21/17 | J | | |
| 93. | | | | | Sold | 05/04/17 | J | A | |
| 94. Boeing Corporation common stock BA | A | Dividend | | | Buy | 01/04/17 | J | | |
| 95. | | | | | Sold | 06/29/17 | J | C | |
| 96. Tesla common stock TSLA | | None | | | Buy | 07/07/17 | K | | |
| 97. | | | | | Sold | 09/28/17 | K | C | |
| 98. Anadarko Petroleum Corp. common stock APC | A | Dividend | | | Buy | 08/02/17 | J | | |
| 99. | | | | | Sold | 09/28/17 | J | A | |
| 100. General Electric Company common stock GE | A | Dividend | | | Buy | 08/02/17 | J | | |
| 101. | | | | | Sold (part) | 09/22/17 | J | | |
| 102. | | | | | Sold | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Micron Technology common stock MU | | None | | | Buy | 08/02/17 | K | | |
| 104. | | | | | Sold | 09/28/17 | K | C | |
| 105. Chevron Corporation common stock CVX | A | Dividend | | | Sold | 05/22/17 | K | | |
| 106. SCOTTRADE Brokerage Account - 2 (H) 3 | | | | | | | | | |
| 107. Sweep account- TD Bank | A | Interest | J | T | | | | | |
| 108. SPDR Gold GLD | | None | | | Buy | 02/02/17 | J | | |
| 109. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 110. | | | | | Sold | 02/17/17 | J | A | |
| 111. Direxion Daily Gold Miners common stock NUGT | | None | | | Sold | 01/25/17 | K | A | |
| 112. Chevron Corporation common stock CVX | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 113. Facebook common stock FB | | None | | | Buy | 02/02/17 | J | | |
| 114. | | | | | Sold | 02/17/17 | K | B | |
| 115. The AES Corporation common stock AES | A | Dividend | | | Buy | 06/23/17 | J | | |
| 116. | | | | | Sold | 08/28/17 | J | | |
| 117. Apple- common stock AAPL | A | Dividend | K | T | Buy (add'l) | 02/21/17 | K | | |
| 118. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 119. Bank of America- common stock BAC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 121. ETRADE Brokerage Account (H) - ETrasde Bank | | | | | | | | | |
| 122. Sweep Account | A | Interest | K | T | | | | | |
| 123. Facebook-common stock--FB | | None | | | Buy (add'l) | 02/02/17 | J | | |
| 124. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 125. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 126. | | | | | Sold (part) | 06/12/17 | K | A | |
| 127. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 128. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 129. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 130. | | | | | Sold | 10/30/17 | L | D | |
| 131. Walmart Stores common stock WMT | | None | | | Buy | 11/27/17 | K | | |
| 132. | | | | | Sold | 12/18/17 | K | A | |
| 133. Chevron Corporation common stock CVX | B | Dividend | | | Sold | 05/22/17 | L | C | |
| 134. Deutsche Bank- common stock DB | | None | | | Sold | 02/16/17 | J | A | |
| 135. ExonMobil- common stock XOM | | None | | | Sold | 01/05/17 | J | | |
| 136. Alibaba Group Holding Limited common stock BABA | | None | K | T | Buy | 12/18/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 138. Exelixis Inc common stockEXEL | | None | J | T | Buy | 12/22/17 | J | | |
| 139. Qualcomm Corp. common stock QCOM | A | Dividend | K | T | Buy | 11/07/17 | J | | |
| 140. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 141. Bank of America common stock BAC | A | Dividend | | | Buy | 04/08/17 | J | | |
| 142. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 143. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 144. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 145. | | | | | Sold | 07/10/17 | K | B | |
| 146. Sirius XM Corporation common stock SIRI | A | Dividend | | | Buy | 06/26/17 | J | | |
| 147. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 148. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 149. | | | | | Sold | 12/18/17 | J | | |
| 150. Dixerion Mining common stock NUGT | | None | | | Buy | 07/06/17 | J | | |
| 151. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 152. | | | | | Sold | 07/27/17 | J | A | |
| 153. | | | | | Buy | 11/07/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 12/14/17 | K | B | |
| 155. | | | | | Buy | 12/15/17 | K | | |
| 156. | | | | | Sold | 12/27/17 | K | A | |
| 157.  Apple common stock AAPL | A | Dividend | | | Buy | 05/26/17 | J | | |
| 158. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 159. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 160. | | | | | Sold | 10/30/17 | K | C | |
| 161.  Aberdeen Asia-Pacific Income Fund mutual fund FAX | A | Dividend | | | Buy | 05/03/17 | J | | |
| 162. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 163. | | | | | Sold | 08/04/17 | J | A | |
| 164.  NRG Energy common stock | A | Dividend | | | Buy | 07/17/17 | J | | |
| 165. | | | | | Sold | 08/18/17 | J | A | |
| 166.  Interspace Diagnostics Group common stock IDXG | | None | | | Buy | 07/25/17 | J | | |
| 167. | | | | | Sold | 08/01/17 | J | | |
| 168.  General Electric common stock GE | A | Dividend | | | Buy | 08/08/17 | J | | |
| 169. | | | | | Sold | 10/09/17 | J | A | |
| 170. | | | | | Buy | 11/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/11/17 | K | | |
| 172. Wells Fargo & Company common stock WFC | | None | | | Buy | 11/07/17 | J | | |
| 173. | | | | | Sold | 12/11/17 | J | A | |
| 174. Vascular Biogenics Ltd common stock VBLT | | None | | | Buy | 01/17/17 | J | | |
| 175. | | | | | Sold | 03/01/17 | J | A | |
| 176. Valic---(H) | | | | | | | | | |
| 177. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 178. Valic Midcap Strat. GR./Morgan Stanley | | None | J | T | | | | | |
| 179. AIG Valic Mid Cap Fund (Wellington) | | None | K | T | | | | | |
| 180. Valic Small Cap Special Value-Evergreen/ Putnam | | None | K | T | | | | | |
| 181. Valic International Small Cap Equity/ AIG | | None | K | T | | | | | |
| 182. Chase Bank- aggregate | B | Interest | N | T | | | | | |
| 183. San Diego County Credit Union aggregate | A | Interest | M | T | | | | | |
| 184. Bank of America aggregate | A | Interest | J | T | | | | | |
| 185. California State Employee 401K-Savings Plus MidCap Fund | A | Dividend | J | T | | | | | |
| 186. Trust- - - (H) | | | | | | | | | |
| 187. --Wells Fargo- aggregate | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  --Parcel 6- San Diego, CA | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544